| | |
|---|---|
| 1 | RONALD J. KLEPETAR, Bar No. 52535 |
| | SABRINA L. SHADI, Bar No. 205405 |
| 2 | BAKER & HOSTETLER LLP |
| | 12100 Wilshire Boulevard, 15th Floor |
| 3 | Los Angeles, CA  90025-7120 |
| | Telephone:     310.820.8800 |
| 4 | Facsimile:      310.820.8859 |
| | Email:        rklepetar@bakerlaw.com |
| 5 | Email:        sshadi@bakerlaw.com |

Attorneys for Defendant
AMERICAN RED CROSS BLOOD SERVICES
SOUTHERN CALIFORNIA REGION, Improperly
Sued As The American Red Cross

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SETENCICH, | Case No.  C07-03688 |
| Plaintiff, | **CERTIFICATION OF SERVICE OF DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL** |
| v. | |
| THE AMERICAN RED CROSS, a non-profit corporation, STEVE BROWN, ROBERT BROWNING and DOES 1 through 30, inclusive, | |
| Defendants. | |

I, CHARLENE STAMPS, certify and declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120.

On July 18, 2007, I caused to be deposited in the United States Mail at Los Angeles, California, copies of the documents listed below,

1. Order Setting Initial Case Management Conference and ADR Deadlines;

2. Notice of Rule Discontinuing Service by Mail;

3. Standing Order;

4. Notice of Assignment of Case To United States Magistrate Judge for Trial;

077975, 000039, 501437009.1                 1

1   5.   Consent to Proceed Before A United States Magistrate Judge;

2   6.   Declination to Proceed Before a Magistrate Judge and Reassignment to United

3        States District Judge form;

4   7.   Guidelines;

5   8.   List of judges names in San Francisco, San Jose and Oakland;

6   9.   Dispute Resolution Procedures in the Northern District of California; and

7   10.  ECF Registration Information Handout.

to the person at the address set forth below:

> Jill P. Telfer, Esq.
> LAW OFFICES OF JILL P. TELFER
> A Professional Corporation
> 331 J Street, Suite 200
> Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 19, 2007 in Los Angeles, California.

/s/
CHARLENE STAMPS

077975, 000039, 501437009.1           - 2 -

CERTIFICATION OF SERVICE

**PROOF OF SERVICE**

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. On July 18, 2007, I served a copy of the within document(s): **CERTIFICATION OF SERVICE OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 AND NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jill P. Telfer, Esq.
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, CA 95814
Phone: (916) 446-1916
Fax: (916) 446-1726
Email: jilltelfer@yahoo.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 18, 2007, at Los Angeles, California.

CHARLENE E. STAMPS

077975, 000039, 501437009.1

PROOF OF SERVICE