**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————————
www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                          415.522.2000

## July 23, 2007

**CASE NUMBER:  CV 07-03688 JCS**
**CASE TITLE:  BRIAN SETENCICH-v-AMERICAN RED CROSS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/23/07


FOR THE EXECUTIVE COMMITTEE:

_____
                                                   Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 7/23/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA