```
 1  RONALD J. KLEPETAR, Bar No. 52535
    SABRINA L. SHADI, Bar No. 205405
 2  BAKER & HOSTETLER LLP
    12100 Wilshire Boulevard, 15th Floor
 3  Los Angeles, CA 90025-7120
    Telephone:  310.820.8800
 4  Facsimile:  310.820.8859
    Email:      rklepetar@bakerlaw.com
 5  Email:      sshadi@bakerlaw.com

 6  Attorneys for Defendant
    AMERICAN RED CROSS BLOOD SERVICES
 7  NORTHERN CALIFORNIA REGION, Improperly
    Sued As The American Red Cross
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SETENCICH,<br><br>    Plaintiff,<br><br>    v.<br><br>THE AMERICAN RED CROSS, a non-profit corporation, STEVE BROWN, ROBERT BROWNING and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. C07-03688 SBA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN RED CROSS BLOOD SERVICES SOUTHERN CALIFORNIA REGION'S MOTION TO DISMISS PLAINTIFF BRIAN SETENCICH'S COMPLAINT**<br><br>[F.R.C.P. 12(b)(6)]<br><br>[Filed concurrently with Defendant American Red Cross' Motion to Dismiss Plaintiff's Complaint] |

TO PLAINTIFF AND TO PLAINTIFF'S ATTORNEYS OF RECORD:

On September 25, 2007 at 1:00 p.m., there came on for hearing the motion of Defendant American Red Cross Blood Services Southern California Region ("American Red Cross") to dismiss plaintiff Brian Setencich's Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) before honorable Saundra Brown Armstrong. Plaintiff was represented by _____.
American Red Cross was represented by _____.

077975, 000039, 501438877.1                - 1 -

[PROPOSED] ORDER GRANTING AMERICAN RED CROSS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1  The Court, having considered the pleadings submitted by the parties and oral argument
2  from counsel, and good cause appearing therefor,
3  IT IS HEREBY ORDERED as follows:
4  1. The Motion is GRANTED in its entirety; and
5  2. This action is dismissed, with prejudice.

7  DATED: _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. On July 24, 2007, I served a copy of the within document(s): **[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN RED CROSS BLOOD SERVICES SOUTHERN CALIFORNIA REGION'S MOTION TO DISMISS PLAINTIFF BRIAN SETENCICH'S COMPLAINT**

[x] via electronic mail by the United States District Court – Live System.

[ ] by placing the document(s) listed above in a sealed envelope and causing postage to be placed thereon, fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Jill P. Telfer, Esq.
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, CA 95814
Phone: (916) 446-1916
Fax: (916) 446-1726
Email: jilltelfer@yahoo.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 24, 2007, at Los Angeles, California.

_____
CHARLENE E. STAMPS

077975, 000039, 501438877.1

PROOF OF SERVICE