1  JILL P. TELFER, (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:    (916) 446-1916
4  Facsimile:    (916) 446-1726
   email: jilltelfer@yahoo.com
5
   Attorney for Plaintiff
6  **BRIAN SETENCICH**

7

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11
   BRIAN SETENCICH,                )   CASE NO.: C 07-03688 JCS
12                                  )
                   Plaintiff,       )
13                                  )
   vs.                              )   **DEMAND FOR JURY TRIAL**
14                                  )
   THE AMERICAN RED CROSS,          )
15                                  )
                   Defendant.       )
16  _____)

17
       Plaintiff, Brian Setencich, hereby demands trial by jury.
18

19
   DATED: July 24, 2007              LAW OFFICES OF JILL P. TELFER
20                                   *A Professional Corporation*

21

22                                   _____
                                     JILL P. TELFER
23                                   Attorney for Plaintiff
                                     **BRIAN SETENCICH**
24

25

26

27

28

Demand for Jury Trial

## PROOF OF SERVICE

CASE NAME: **SETENCICH V. AMERICAN RED CROSS**
CASE NO.: C 07-03688 JCS

I declare that I am a citizen of the United States, that I have attained the age of majority, and that I am not a party to this action. My business address is 331 J Street, Sacramento, California 95814. I am familiar with this firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the within document(s) entitled:

### DEMAND FOR JURY TRIAL

to be served on the party(ies) or their (its) attorney(s) of record in this action:

[X]  Via Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]  Via **CERTIFIED** Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]  Via Personal Service: I instructed each document to be hand-delivered via **HAND DELIVERY** to the address listed below.

[ ]  Via Overnight Courier: I caused each envelope to be delivered via overnight mail by **FEDERAL EXPRESS**.

[ ]  Via **FACSIMILE**: I instructed such to be transmitted via facsimile to the office(s) list below.

addressed as follows:

Ronald J. Klepetar, Esq.
Sabrina L. Shadi, Esq.
BAKER & HOSTETLER
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120

[ ]  State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on July 24, 2007, at Sacramento, California.

*Karilyn Ah Yun*

Demand for Jury Trial                    2