IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2

3    Setencich                                      NO. CV 07-03688 SBA

4              Plaintiff,              **CLERK'S NOTICE RE: FAILURE**
       v.                              **TO FILE ELECTRONICALLY**

5

6    The American Red Cross
                Defendant.

7    _____/

8

9        On **07/17/07 and 07/18/07,** counsel for **Defendant, The American Red Cross** filed a **Notice**

10   **of Removal [1], Certificate of Interested Entities [3] and a Certificate of Record [4]** manually, on

11   paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order

     45.

12

13       The above mentioned  paper document has been filed and docketed. However, General Order

14   45 provides at Section III  that cases assigned to judges who participate in the e-filing program "shall

15   be presumptively designated" as e-filing cases. Therefore, counsel for **Defendant**  should submit the

16   **aforementioned documents,** in PDF format within 10 days, as an attachment in an *e-mail* message

17   directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the

18   **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has been

19   previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

     be e-filed.

20

21       Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated

22   to become an ECF User and be assigned a user ID and password for access to the system upon

23   designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as

24   ECF Users  must do so immediately.  Forms and instructions for registering can be found on the Court's

     Web site at ecf.cand.uscourts.gov.

25
     Dated: July 27, 2007
26                                                  _____/s/_____
                                                    Jessie Mosley
27                                                  Deputy Clerk

28