1  RONALD J. KLEPETAR, Bar No. 52535
   SABRINA L. SHADI, Bar No. 205405
2  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, CA 90025-7120
   Telephone:   310.820.8800
4  Facsimile:   310.820.8859
   Email:       rklepetar@bakerlaw.com
5  Email:       sshadi@bakerlaw.com

6  Attorneys for Defendant
   AMERICAN RED CROSS BLOOD SERVICES
7  SOUTHERN CALIFORNIA REGION, Improperly
   Sued As The American Red Cross

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 | BRIAN SETENCICH,                        | Case No. C07-03688 SBA
12 |                    Plaintiff,           | [Honorable Saundra Brown Armstrong]
13 |         v.                              | **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PLAINTIFF BRIAN SETENCICH'S COMPLAINT AND CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON**
14 | THE AMERICAN RED CROSS, a non-profit corporation, STEVE BROWN, ROBERT BROWNING and DOES 1 through 30, inclusive,
15 |
16 |                    Defendants.          | **Current Hearing Date**
17 |                                         | Date:       September 25, 2007
   |                                         | Time:       1:00 p.m.
18 |                                         | Courtroom:  3
19 |                                         | **Requested Hearing Date**
20 |                                         | Date:       October 2, 2007
   |                                         | Time:       1:00 p.m.
21 |                                         | Courtroom:  3

077975.000039.501456776.1

- 1 -

STIPULATION TO CONTINUE HEARING ON MOTION TO
DISMISS AND CASE MANAGEMENT CONFERENCE

This Stipulation is entered into by Defendant American Red Cross Blood Services Southern California Region ("American Red Cross") and Plaintiff Brian Setencich ("Setencich"), by and through their respective counsel of record.

**WHEREAS**, Setencich's counsel is scheduled to be in trial during the week of September 25, 2007 and has requested that American Red Cross agree to continue the hearing on the Motion to Dismiss and the Case Management Conference scheduled for September 25, 2007 at 1:00 p.m.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record, that:

1. The hearing on the Motion to Dismiss be continued from September 25, 2007 to October 2, 2007 at 1:00 p.m.;

and

2. The Case Management Conference be continued from September 25, 2007 to October 2, 2007 at 1:00 p.m.

Dated: August 15, 2007

BAKER & HOSTETLER LLP

RONALD J. KLEPETAR
SABRINA L. SHADI
Attorneys for Defendant
AMERICAN RED CROSS BLOOD SERVICES SOUTHERN CALIFORNIA REGION, Improperly Sued As The American Red Cross

Dated: August 15, 2007

LAW OFFICES OF JILL P. TELFER

JILL P. TELFER
Attorneys for Plaintiff BRIAN SETENCICH

**ORDER**

Based upon the foregoing Stipulation, and finding and good cause therefore, it is hereby ORDERED THAT:

1. The September 25, 2007 hearing date for American Red Cross' Motion to Dismiss be continued to October 2, 2007 at 1:00 p.m. in Courtroom 3;

2. The September 25, 2007 Case Management Conference date be continued to October 2, 2007 at 1:00 p.m. in Courtroom 3.

DATED: _____

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

1  Re:   *Brian Setencich v. The American Red Cross, et al*
        USDC Northern District Case Number: C07-03688 SBA

I, the undersigned, declare I am a citizen of the Unites States and am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 331 J Street, Suite 200, Sacramento, CA 95814.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, I served the following documents by:

[ ]   Facsimile;

[ x ]  placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail and addressed as indicated below. Said documents will be deposited with the U.S. Postal Service at Sacramento, California on this date in the ordinary course of business. I understand that upon motion of a party served service shall be assumed invalid if the postal cancellation date or postage meter date on the envelope is more than one (1) day after the date of deposit for mailing as contained in this declaration.

[ ]   Hand-delivery

**DOCUMENTS SERVED: STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PLAINTIFF BRIAN SETENCICH'S COMLAINT AND CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON**

ADDRESSED TO :

Sabrina L. Shadi, Esq.
Baker & Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120

ORIGINAL SIGNED STIPULATION RETAINED IN THE FILE OF:

Jill P. Telfer, Esq.
Law Offices of Jill P. Telfer
331 J Street, Suite 200
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2007 at Sacramento, California.

_____
Karilyn Ah Yun

-1-