JILL P. TELFER, (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:   (916) 446-1916
Facsimile:    (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
**BRIAN SETENCICH**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SETENCICH,<br><br>  Plaintiff,<br><br>vs.<br><br>THE AMERICAN RED CROSS,<br><br>  Defendant. | CASE NO.: C 07-03688 JCS<br><br>**NOTICE OF NO INTEREST TO REPORT** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 19, 2007

LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*

_____
JILL P. TELFER
Attorney for Plaintiff
**BRIAN SETENCICH**

Notice of No Interest to Report

## PROOF OF SERVICE

CASE NAME:    **SETENCICH V. AMERICAN RED CROSS**
CASE NO.:     C 07-03688 JCS

I declare that I am a citizen of the United States, that I have attained the age of majority, and that I am not a party to this action. My business address is 331 J Street, Sacramento, California 95814. I am familiar with this firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the within document(s) entitled:

**NOTICE OF NO INTEREST TO REPORT**

to be served on the party(ies) or their (its) attorney(s) of record in this action:

[X]  Via Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]  Via **CERTIFIED** Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]  Via Personal Service: I instructed each document to be hand-delivered via **HAND DELIVERY** to the address listed below.

[ ]  Via Overnight Courier: I caused each envelope to be delivered via overnight mail by **FEDERAL EXPRESS**.

[ ]  Via **FACSIMILE**: I instructed such to be transmitted via facsimile to the office(s) list below.

addressed as follows:

Ronald J. Klepetar, Esq.
Sabrina L. Shadi, Esq.
BAKER & HOSTETLER
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120

[ ]  State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on September 19, 2007, at Sacramento, California.

*/s/ Karilyn Ah Yun*
Karilyn Ah Yun

Notice of No Interest to Report              2