UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRIAN SETENCICH

          Plaintiff(s),

v.

THE AMERICAN RED CROSS, a non-profit corporation, STEVE BROWN, ROBERT BROWNING and DOES 1 through 30, inclusive,

          Defendant(s).

Case No. C07-03688 SBA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 21, 2007

*Christian B. Hansen /SLS*
[Party]
Christian B. Hansen for
American Red Cross

Dated: September 21, 2007

*Sabrina L. Shadi*
[Counsel]
Sabrina L. Shadi
Baker & Hostetler
Attorneys for Defendant
American Red Cross Blood
Services Southern California

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05