**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

BRIAN SETENICH,

        Plaintiff,

v.

THE AMERICAN RED CROSS, *et al.*,

        Defendants.

No. C 07-3688 SBA

**ORDER**

The defendants' Motion to Dismiss [Docket No. 9], currently scheduled to be heard on October 2, 2007, is rescheduled for December 11, 2007, at 1 P.M. The Court may, in its discretion, adjudicate the motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

September 27, 2007

                                                  Saundra Brown Armstrong
                                                  United States District Judge