**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

BRIAN SETENICH,

    Plaintiff,

v.

THE AMERICAN RED CROSS, *et al.*,

    Defendants.

No. C 07-3688 SBA

**ORDER**

The case management conference set for October 2, 2007, at 1:00 PM, is hereby reset to December 11, 2007 at 1:00 P.M. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement.

IT IS SO ORDERED.

September 28, 2007

                                              Saundra Brown Armstrong
                                              United States District Judge