1  RONALD J. KLEPETAR, Bar No. 52535
   SABRINA L. SHADI, Bar No. 205405
2  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, CA 90025-7120
   Telephone:   310.820.8800
4  Facsimile:   310.820.8859
   Email:       rklepetar@bakerlaw.com
5  Email:       sshadi@bakerlaw.com

6  Attorneys for Defendant
   AMERICAN RED CROSS BLOOD SERVICES
7  SOUTHERN CALIFORNIA REGION, Improperly
   Sued As The American Red Cross
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | BRIAN SETENCICH,              | Case No. C07-03688 SBA
12 |         Plaintiff,            | [Honorable Saundra Brown Armstrong]
13 |    v.                         | **STIPULATION TO EXTEND TIME IN WHICH STEVE BROWN AND ROBERT BROWNING HAVE TO RESPOND TO THE COMPLAINT**
14 | THE AMERICAN RED CROSS, a non-profit corporation, STEVE BROWN, ROBERT BROWNING and DOES 1 through 30, inclusive, |
15 |                               |
16 |         Defendants.           |

077975, 000039, 501521673.1                                      - 1 -

1  WHEREAS, the deadline for defendants Steve Brown ("Brown") and Robert Browning
2  ("Browning") to respond to the Complaint is October 19, 2007;
3  WHEREAS, the parties have met and conferred regarding Brown and Browning's
4  intentions to file motions to dismiss the Complaint pursuant to FRCP Rule 12(b)(6);
5  WHEREAS, plaintiff is exploring his options in connection with Brown and Browning's
6  planned motions, including the possibility of filing an amended complaint;
7  WHEREAS, the parties agree that the deadline for Brown and Browning to each respond
8  to the complaint should be extended while the plaintiff explores his options;
9  WHEREAS, there are no deadlines or hearing dates set by the court which would be
10 affected by the extension agreed upon by the parties;
11 **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through
12 their counsel of record, that:
13     1.  The deadline for Brown and Browning to each answer or otherwise respond to the
14 Complaint is extended from October 19, 2007 to October 26, 2007.

15
16 Dated: October 18, 2007          BAKER & HOSTETLER LLP
17
18                                  _____
                                    RONALD J. KLEPETAR
19                                  SABRINA L. SHADI
                                    Attorneys for Defendant
20                                  AMERICAN RED CROSS BLOOD
                                    SERVICES SOUTHERN CALIFORNIA
21                                  REGION, Improperly Sued As The American
                                    Red Cross
22
23 Dated: October 18, 2007          LAW OFFICES OF JILL P. TELFER
24
25
26                                  _____
                                    JILL P. TELFER
                                    Attorneys for Plaintiff BRIAN SETENCICH
27  077975, 000039, 501521673.1                  - 3 -
28
                                    STIPULATION TO EXTEND TIME IN WHICH STEVE
                                    BROWN AND ROBERT BROWNING HAVE TO RESPOND
                                    TO THE COMPLAINT

## PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. On October 18, 2007, **STIPULATION TO EXTEND THE TIME IN WHICH STEVE BROWN AND ROBERT BROWNING HAVE TO RESPOND TO THE COMPLAINT** will be served on the person(s) listed below:

[X]  via electronic mail by the United States District Court – Live System.

[ ]  by placing the document(s) listed above in a sealed envelope and causing postage to be placed thereon, fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ]  by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Jill P. Telfer, Esq.
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, CA 95814
Phone: (916) 446-1916
Fax: (916) 446-1726
Email: jilltelfer@yahoo.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 18, 2007, at Los Angeles, California.

_____
CHARLENE E. STAMPS

077975, 000039, 501521673.1