1  RONALD J. KLEPETAR, Bar No. 52535
   SABRINA L. SHADI, Bar No. 205405
2  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, CA 90025-7120
   Telephone:   310.820.8800
4  Facsimile:   310.820.8859
   Email:       rklepetar@bakerlaw.com
5  Email:       sshadi@bakerlaw.com

6  Attorneys for Defendant
   AMERICAN RED CROSS BLOOD SERVICES
7  SOUTHERN CALIFORNIA REGION, Improperly
   Sued As The American Red Cross

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRIAN SETENCICH, | Case No. C07-03688 SBA
12 | Plaintiff, | [Honorable Saundra Brown Armstrong]
13 | v. | **STIPULATION TO EXTEND TIME IN WHICH STEVE BROWN AND ROBERT BROWNING HAVE TO RESPOND TO THE COMPLAINT PENDING PLAINTIFF'S AMENDMENT OF COMPLAINT**
14 | THE AMERICAN RED CROSS, a non-profit corporation, STEVE BROWN, ROBERT BROWNING and DOES 1 through 30, inclusive, |
15 | |
16 | |
17 | Defendants. |

077975, 000039, 501521673.2                - 1 -

STIPULATION TO EXTEND TIME IN WHICH STEVE BROWN AND ROBERT BROWNING HAVE TO RESPOND TO COMPLAINT

1   WHEREAS, the deadline for defendants Steve Brown ("Brown") and Robert Browning
2   ("Browning") to respond to the Complaint is October 26, 2007;
3   WHEREAS, the parties have met and conferred regarding Brown and Browning's
4   intentions to file motions to dismiss the Complaint pursuant to FRCP Rule 12(b)(6);
5   WHEREAS, pursuant to *Crum v. Circus Circus Enterprises* (9th Cir. 2000) 231 F.3d
6   1129, the plaintiff plans to file an amended complaint and anticipates that the filing will be
7   completed within the next 10 days;
8   WHEREAS, based on the foregoing circumstances, the parties agree that the deadline for
9   Brown and Browning to each respond to the original Complaint should be extended;
10  WHEREAS, this is the parties' second stipulation to continue the deadline for Brown and
11  Browning to respond to the original Complaint; however, there are no deadlines or hearing dates
12  set by the court which would be affected by the extension agreed upon by the parties;
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record, that:

1. The deadline for Brown and Browning to each answer or otherwise respond to the original Complaint is extended from October 26, 2007 to November 13, 2007.

Dated: October 26, 2007

BAKER & HOSTETLER LLP

_____
RONALD J. KLEPETAR
SABRINA L. SHADI
Attorneys for Defendant
AMERICAN RED CROSS BLOOD SERVICES SOUTHERN CALIFORNIA REGION, Improperly Sued As The American Red Cross

Dated: October 26, 2007

LAW OFFICES OF JILL P. TELFER

_____
JILL P. TELFER
Attorneys for Plaintiff BRIAN SETENCICH

077975, 000039, 501521673.2

- 3 -

STIPULATION TO EXTEND TIME IN WHICH STEVE BROWN AND ROBERT BROWNING HAVE TO RESPOND TO COMPLAINT

## PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. On October 26, 2007, **STIPULATION TO EXTEND THE TIME IN WHICH STEVE BROWN AND ROBERT BROWNING HAVE TO RESPOND TO THE COMPLAINT PENDING PLAINTIFF'S AMENDMENT OF THE COMPLAINT** will be served on the person(s) listed below:

- [x] via electronic mail by the United States District Court – Live System.

- [ ] by placing the document(s) listed above in a sealed envelope and causing postage to be placed thereon, fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

- [ ] by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Jill P. Telfer, Esq.
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, CA 95814
Phone: (916) 446-1916
Fax: (916) 446-1726
Email: jilltelfer@yahoo.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 26, 2007, at Los Angeles, California.

*Charlene E. Stamps*
CHARLENE E. STAMPS

077975, 000039, 501521673.2