**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

BRIAN SETENCICH,                                    No.  C 07-3688 SBA

       Plaintiff,                           **ORDER**

  v.

THE AMERICAN RED CROSS, *et al.*,

       Defendants.
_____

      The Case Management Conference currently scheduled for December 11, 2007, is hereby reset

to February 12, 2008, at 1 P.M., to be conducted concurrently with the hearing on the defendants'

motions to dismiss.  The parties shall **meet and confer** prior to the conference and shall prepare a joint

Case Management Conference Statement which shall be filed no later than ten days prior to the Case

Management Conference that complies with the Standing Order For All Judges Of The Northern District

Of California and the Standing Order of this Court.

      IT IS SO ORDERED.

      December 4, 2007                            _____
                                                            Saundra Brown Armstrong
                                                            United States District Judge