## VIII.

## DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSON

The parties have filed their disclosures of non-party interested entities or persons pursuant to Civil L.R. 3-16.

DATED: _____

LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*

_____
JILL P. TELFER
Attorney for Plaintiff
**BRIAN SETENCICH**

DATED: 2/1/08

BAKER & HOSTETLER LLP

*/s/ Sabrina L. Shadi*
SABRINA L. SHADI
Attorneys for Defendant AMERICAN RED CROSS BLOOD SERVICES SOUTHERN CALIFORNIA REGION, STEVE BROWN and ROBERT BROWNING

## CASE MANAGEMENT ORDER

The Case Management and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the court orders:

Dated: _____

_____
JUDGE, UNITED STATES DISTRICT COURT

## VIII.

## DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSON

The parties have filed their disclosures of non-party interested entities or persons pursuant to Civil L.R. 3-16.

DATED: Feb 4, 2008

LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*

JILL P. TELFER
Attorney for Plaintiff
**BRIAN SETENCICH**

DATED: _____

BAKER & HOSTETLER LL;

_____
SABRINA L. SHADI
Attorneys for Defendant AMERICAN RED CROSS BLOOD SERVICES SOUTHERN CALIFORNIA REGION, STEVE BROWN and ROBERT BROWNING

## CASE MANAGEMENT ORDER

The Case Management and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the court orders:

Dated: _____

_____
JUDGE, UNITED STATES DISTRICT COURT