```
1  JILL P. TELFER, (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:   (916) 446-1916
4  Facsimile:   (916) 446-1726
   email: jilltelfer@yahoo.com
5
   Attorney for Plaintiff
6  BRIAN SETENCICH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SETENCICH,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE AMERICAN RED CROSS, a non-profit corporation, STEVE BROWN, ROBERT BROWNING and DOES 1 through 30, inclusive,<br><br>                    Defendants. | CASE NO.: C 07-03688 JCS<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT ROBERT BROWNING FROM THE FIRST AMENDED COMPLAINT |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff BRIAN SETENCICH and Defendant ROBERT BROWNING, by and through their respective counsel, that Plaintiff hereby dismisses, with prejudice, all claims for relief in Plaintiff's First Amended Complaint against ROBERT BROWNING only. BRIAN SETENCICH and ROBERT BROWNING

//
///
//

---

*Stipulation for Dismissal of Defendant Robert Browning only.*
1
1

1 | each to bear their own costs and attorney fees in this action as to the claims against ROBERT
2 | BROWNING only.
3 |     IT IS SO STIPULATED.
4 |
5 | Dated: 2/1/08

LAW OFFICES OF JILL P. TELFER
A Professional Corporation

_____
JILL P. TELFER
Attorney for Plaintiff
BRIAN SETENCICH

10 |     IT IS SO STIPULATED.
11 | Dated: 2/4/08

BAKER & HOSTETLER

_____
SABRINA L. SHADI
Attorneys for Defendant
THE AMERICAN RED CROSS

### ORDER

**GOOD CAUSE APPEARING,**

The parties having stipulated and good cause appearing therefor, **IT IS SO ORDERED.**

DATED: _____

_____
Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

---

*Stipulation for Dismissal of Defendant Robert Browning only.*
2

# PROOF OF SERVICE

CASE: Setencich v. The American Red Cross, et al.
COURT: USDC, Northern District, Oakland Division
CASE NO. C 07-03688 SBA

I declare that I have attained the age of majority, and that I am not a party to this action. My business address is 331 J Street, Sacramento, CA 95814. I am familiar with this firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the foregoing document(s) entitled:

**STIPULATION FOR DISMISSAL OF DEFENDANT ROBERT BROWNING FROM THE FIRST AMENDED COMPLAINT**

to be served on the party(ies) or their (its) attorney(s) of record in this action by:

[ ] Facsimile transmission to the number(s) <u>noted below</u>.

[x] Placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail and <u>addressed as indicated below</u>. Said documents will be deposited with the U.S. Postal Service at Sacramento, California on this date in the ordinary course of business. I understand that upon motion of a party served service shall be assumed invalid if the postal cancellation date or postage meter date on the envelope is more than one (1) day after the date of deposit for mailing as contained in this declaration.

[ ] Hand-delivery addressed to:

**Sabrina L. Shadi, Esq.
BAKER & HOSTETLER**
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120          fax: (310) 820-8859
(310) 820-8800

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2008, at Sacramento, California.

_____
Camille Rasmussen

---

*Stipulation for Dismissal of Defendant Robert Browning only.*
3