1   RONALD J. KLEPETAR, Bar No. 52535
    SABRINA L. SHADI, Bar No. 205405
2   BAKER & HOSTETLER LLP
    12100 Wilshire Boulevard, 15th Floor
3   Los Angeles, CA  90025-7120
    Telephone:    310.820.8800
4   Facsimile:    310.820.8859
    Email:    rklepetar@bakerlaw.com
5   Email:    sshadi@bakerlaw.com

6   Attorneys for Defendants
    AMERICAN RED CROSS BLOOD
7   SERVICES SOUTHERN CALIFORNIA
    REGION, Improperly Sued As The American
8   Red Cross and STEVE BROWN

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  BRIAN SETENCICH,                    Case No.  C07-03688 SBA

13           Plaintiff,                 [Honorable Saundra B. Armstrong,
                                        Department 3]
14       v.
                                        **DEFENDANT AMERICAN RED CROSS**
15  THE AMERICAN RED CROSS, a non-      **BLOOD SERVICES SOUTHERN**
    profit corporation, STEVE BROWN,    **CALIFORNIA REGION'S ANSWER TO**
16  ROBERT BROWNING and DOES 1          **BRIAN SETENCICH'S FIRST AMENDED**
    through 30, inclusive,              **COMPLAINT**
17
             Defendants.               Complaint Filed:  March 13, 2007
18                                     First Amended Complaint Filed:  November 8,
                                       2007
19                                     Trial:  None

20

21

22       Defendant American Red Cross Blood Services Southern California Region, improperly

23  Sued as The American Red Cross ("ARC'"), answers and responds to plaintiff Brian Setencich's

24  ("Setencich") First Amended Complaint as follows:

25  / / /

26  / / /

27  / / /

28  / / /

077975, 000039, 501569456.1                    - 1 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    1.    Answering paragraph 1, because paragraph 1 is a statement regarding the relief

2    sought by Setencich and the statutes upon which he has relied in bringing this action, ARC can

3    neither admit nor deny the allegations of this paragraph.

4    2.    Answering paragraph 2, ARC is informed and believes that Marc Jackson

5    ("Jackson"), the Director of Communications and Marketing for American Red Cross Blood

6    Services Southern California Region/West Division invited Setencich to apply for the position of

7    Communication Manager and that, if hired, Setencich would have been working directly for

8    Jackson.  ARC lacks knowledge or information sufficient to form a belief as to the truth of the

9    remaining allegations of this paragraph and, accordingly, denies each such allegation.

10    3.    Answering paragraph 3, ARC is informed and believes that since 1997, Jackson,

11    along with his staff in the Communications and Marketing Department, has won national awards

12    related to work they have performed for ARC.  Except as expressly admitted or stated on

13    information and belief, ARC denies the allegations in this paragraph.

14    4.    Answering paragraph 4, ARC admits the allegations of this paragraph.

15    5.    Answering paragraph 5, ARC denies the allegations of this paragraph.

16    6.    Answering paragraph 6, ARC is informed and believes that Jackson and Setencich

17    met in the early 1990's.  ARC is further informed and believes that Setencich made Jackson his

18    Chief of Staff when Setencich was elected to the State Assembly in 1994.  ARC lacks knowledge

19    or information sufficient to form a belief as to the truth of the remaining allegations of this

20    paragraph and, accordingly, denies each such allegation.

21    7.    Answering paragraph 7, ARC admits that Jackson began working for ARC in

22    1997.  ARC lacks knowledge or information sufficient to form a belief as to the truth of the

23    remaining allegations of this paragraph and, accordingly, denies each such allegation.

24    8.    Answering paragraph 8, ARC denies the allegations in this paragraph.

25    9.    Answering paragraph 9, ARC lacks knowledge or information sufficient to form a

26    belief as to the truth of the allegations of this paragraph and, accordingly, denies each such

27    allegation in this paragraph.

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1      10.    Answering paragraph 10, ARC lacks knowledge or information sufficient to form

2  a belief as to the truth of the allegations of this paragraph and, accordingly, denies each such

3  allegation in this paragraph.

4      11.    Answering paragraph 11, ARC denies the allegations in this paragraph.

5      12.    Answering paragraph 12, the records maintained by the Department of Fair

6  Employment and Housing speak for themselves.

7                                **COUNT I**

8                      **ASSOCIATION DISCRIMINATION**

9      13.    ARC realleges and incorporates by reference its answers contained in paragraphs 1

10  through 12 of the first amended complaint.

11      14.    Answering paragraph 14, ARC is informed and believes that Jackson invited

12  Setencich to apply for the position of Communication Manager in or around June of 2005.  ARC

13  is also informed and believes that Setencich met with certain ARC employees.  ARC lacks

14  knowledge or information sufficient to form a belief as to the truth of the remaining allegations of

15  this paragraph and, accordingly, denies each such allegation.

16      15.    Answering paragraph 15, ARC is informed and believes that Jackson met with

17  certain ARC employees.  Except as stated on information and belief, ARC denies the allegations

18  in this paragraph.

19      16.    Answering paragraph 16, ARC denies the allegations of this paragraph.

20      17.    Answering paragraph 17, ARC denies the allegations of this paragraph.

21      18.    Answering paragraph 18, ARC denies the allegations in this paragraph.

22      19.    Answering paragraph 19, ARC denies the allegations in this paragraph.

23      20.    Answering paragraph 20, ARC denies the allegations in this paragraph.

24      21.    Answering paragraph 21, ARC denies the allegations in this paragraph.

25      22.    Answering paragraph 22, ARC denies the allegations in this paragraph.

26  / / /

27  / / /

28  / / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

077975, 000039, 501569456.1                              - 3 -

1

## COUNT II

2

## FRAUD

3          23.    ARC realleges and incorporates by reference its answers contained in paragraph 1

4     through 22 of the first amended complaint.

5          24.    Answering paragraph 24, pursuant to the Court's Order dated February 14, 2008,

6     the claim for Fraud has been dismissed as to all defendants.

7          25.    Answering paragraph 25, pursuant to the Court's Order dated February 14, 2008,

8     the claim for Fraud has been dismissed as to all defendants.

9          26.    Answering paragraph 26, pursuant to the Court's Order dated February 14, 2008,

10    the claim for Fraud has been dismissed as to all defendants.

11         27.    Answering paragraph 27, pursuant to the Court's Order dated February 14, 2008,

12    the claim for Fraud has been dismissed as to all defendants.

13         28.    Answering paragraph 28, pursuant to the Court's Order dated February 14, 2008,

14    the claim for Fraud has been dismissed as to all defendants.

15         29.    Answering paragraph 29, pursuant to the Court's Order dated February 14, 2008,

16    the claim for Fraud has been dismissed as to all defendants.

17         30.    Answering paragraph 30, pursuant to the Court's Order dated February 14, 2008,

18    the claim for Fraud has been dismissed as to all defendants.

19

## COUNT III

20

## NEGLIGENT MISREPRESENTATION

21         31.    ARC realleges and incorporates by reference its answers contained in paragraphs 1

22    through 30 of the first amended complaint.

23         32.    Answering paragraph 32, ARC denies the allegations in this paragraph.

24         33.    Answering paragraph 33, ARC denies the allegations in this paragraph.

25         34.    Answering paragraph 34, ARC denies the allegations in this paragraph.

26         35.    Answering paragraph 35, ARC denies the allegations in this paragraph.

27         36.    Answering paragraph 36, ARC denies the allegations in this paragraph.

28         37.    ARC alleges the following as affirmative defenses:

077975, 000039, 501569456.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

AMERICAN RED CROSS' ANSWER TO BRIAN SETENCICH'S FIRST AMENDED COMPLAINT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **FIRST AFFIRMATIVE DEFENSE**

2    **(Failure to State a Cause of Action)**

3    38.    Setencich's claims are barred by his failure to state facts sufficient to constitute a

4    cause of action.

5    **SECOND AFFIRMATIVE DEFENSE**

6    **(No Grounds for Punitive Damages)**

7    39.    ARC is not guilty of malice, fraud or oppression against Setencich, and therefore,

8    he is not entitled to punitive damages.

9    **THIRD AFFIRMATIVE DEFENSE**

10    **(Failure to Mitigate Damages)**

11    40.    If Setencich has suffered any injuries as alleged in the first amended complaint or

12    otherwise, which ARC denies, then Setencich has failed to take reasonable steps to mitigate his

13    alleged damages and any recovery in this action should be reduced to the extent that he failed to

14    mitigate his damages.

15    **FOURTH AFFIRMATIVE DEFENSE**

16    **(No Justifiable Reliance)**

17    41.    Setencich's causes of action based on alleged misrepresentation by ARC are

18    barred because Setencich could not have justifiably or reasonably relied thereon.

19    **FIFTH AFFIRMATIVE DEFENSE**

20    **(No Emotional Distress Damages)**

21    42.    ARC's actions with respect to Setencich was neither extreme nor outrageous, and

22    therefore, Setencich is not entitled to damages for emotional distress

23    **SIXTH AFFIRMATIVE DEFENSE**

24    **(No Misrepresentation of Fact)**

25    43.    Setencich's causes of action based on alleged misrepresentations by ARC are

26    barred because ARC did not make any misrepresentation of fact.

27    / / /

28    / / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **SEVENTH AFFIRMATIVE DEFENSE**

2    **(Proper Exercise of Employer's Discretion)**

3    44.    Any and all conduct of which Setencich complains and which is attributed to ARC

4    was a just and proper exercise of management discretion on the part of ARC, undertaken for an

5    honest, proper reason and regulated by good faith under the circumstances then existing.

6    **EIGHTH AFFIRMATIVE DEFENSE**

7    **(Business Necessity)**

8    45.    Any and all conduct of which Setencich complains and which is attributed to ARC

9    was accomplished for and conducted due to legitimate and good faith business necessity.

10    **NINTH AFFIRMATIVE DEFENSE**

11    **(Statutes of Limitation)**

12    46.    The First Amended Complaint, and each and every purported cause of action

13    alleged therein, is barred by the applicable statutes of limitations, including those set forth in

14    California Code of Civil Procedure Sections 337, 338, 339 or 340 and Government Code Sections

15    129609 and 12965(b).

16    **TENTH AFFIRMATIVE DEFENSE**

17    **(Reservation of Further Defenses)**

18    47.    ARC hereby reserves the right to amend this pleading to include further

19    affirmative defenses.

20    **WHEREFORE,** prays for judgment as follows:

21    1.    That Setencich takes nothing by reason of the first amended complaint;

22    2.    That Setencich's first amended complaint be dismissed with prejudice;

23    3.    That judgment be rendered in favor of ARC;

24    4.    That ARC be awarded costs of suit;

25    5.    That ARC be awarded reasonable attorneys' fees; and

26    / / /

27    / / /

28    / / /

077975, 000039, 501569456.1                              - 6 -

1         6.     For such other and further relief as this Court may deem just and proper.

2

3    Dated:  March 26, 2008              BAKER & HOSTETLER LLP

4

5                  /s/ Sabrina L. Shadi
              RONALD J. KLEPETAR

6                  SABRINA L. SHADI
              Attorneys for Defendants

7                  AMERICAN RED CROSS BLOOD
              SERVICES SOUTHERN CALIFORNIA

8                  REGION and STEVE BROWN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

077975, 000039, 501569456.1              - 7 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

## **PROOF OF SERVICE**

2

3    I am employed in Los Angeles County, California.  I am over the age of eighteen years
and not a party to the within-entitled action.  My business address is 12100 Wilshire Boulevard,

4    15th Floor, Los Angeles, California  90025-7120.  On March 26, 2008, I served a copy of the
within document(s): **DEFENDANT AMERICAN RED CROSS BLOOD SERVICES**

5    **SOUTHERN CALIFORNIA REGION'S ANSWER TO BRIAN SETENCICH'S FIRST**
**AMENDED COMPLAINT**

6

7    ☒    via electronic mail by the U.S. District Court – Live System.

8
       ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
9             forth below on this date before 5:00 p.m. and the transmission was reported as
              complete and without error.

10

11     ☐    by placing the document(s) listed above in a sealed envelope with postage thereon
              fully prepaid, in the United States mail at Los Angeles, California addressed as set
12            forth below.

13     ☐    by personally delivering the document(s) listed above to the person(s) at the
              address(es) set forth below.

14

15     Jill P. Telfer, Esq.
       LAW OFFICES OF JILL P. TELFER
16     A Professional Corporation
       331 J Street, Suite 200
17     Sacramento, CA 95814
       Phone: (916) 446-1916
18     Fax: (916) 446-1726
       Email: jilltelfer@yahoo.com

19

20     I am readily familiar with the firm's practice of collection and processing correspondence
for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
21   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
22   meter date is more than one day after date of deposit for mailing in affidavit.

23     I declare that I am employed in the office of a member of the bar of this court whose
direction the service was made.
24

25     Executed on March 26, 2008, at Los Angeles, California.

26

27                                              /s/ Charlene E. Stamps
                                                CHARLENE E. STAMPS
28

077975, 000039, 501569456.1