JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
**BRIAN SETENCICH**

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SETENCICH,

    Plaintiff,

vs.

THE AMERICAN RED CROSS, a non-profit corporation; STEVE BROWN; ROBERT BROWNING; and DOES 1 through 30, inclusive,

    Defendants.

Case No. C 07-03688 SBA

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT AMERICAN RED CROSS' FURTHER RESPONSES TO PLAINTIFF'S DEMAND FOR PRODUCTION OF DOCUMENTS AND DOCUMENT PRODUCTION [PROPOSED] ORDER]**

Date: June 3, 2008
Time: 1:00 p.m.
Ctrm: 3
Judge: Hon. Saundra Brown Armstrong

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD**

    **PLEASE TAKE NOTICE** that on June 3, 2008, at 1:00 p.m. or as soon thereafter as the matter may be heard in the in the above-entitled Court located at 1301 Clay Street, Oakland, California, 94612, in Courtroom 3. Plaintiff Brian Setencich will and hereby does move this Court under Federal Rule of Civil Procedure 37 to compel Defendant American Red Cross ("ARC") to further respond and produce documents responsive to Plaintiff's Request for Production of Documents, Set One.

///

///

///

///

///

1
MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION, SET ONE

1      This motion will be based on this Notice of Motion and Motion, the attached Memorandum of
2  Points and Authorities, all documents on file with this court, and the arguments presented at the hearing.
3  This motion is made pursuant to the United States District Court, Northern District of California, Local
4  Rule 37.2.

5  Date:  April 28, 2008            LAW OFFICES OF JILL P. TELFER
                                                        *A Professional Corporation*

                                                        JILL P. TELFER
                                                        Attorney for Plaintiff
                                                        BRIAN SETENCICH

**PROOF OF SERVICE**

CASE: *Brian Setencich v. The American Red Cross, et al.;* United States District Court of California, Northern District

CASE NO: **C 07-03688 SBA**

I, the undersigned, declare I am a citizen of the Unites States and am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 331 J Street, Suite 200, Sacramento, CA 95814.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, I served the following documents by:

to be served on the party(ies) or their (its) attorney(s) of record in this action:

[ ]  Via Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]  Via **CERTIFIED** Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[X]  Via Personal Service: I instructed each document to be hand-delivered via **HAND DELIVERY** via **ATTORNEY'S DIVERSIFIED SERVICES** to the address listed below.

[ ]  Via Overnight Courier: I caused each envelope to be delivered via overnight mail by **FEDERAL EXPRESS**.

[ ]  Via **FACSIMILE**: I instructed such to be transmitted via facsimile to the office(s) list below.

**DOCUMENTS SERVED:** MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION, SET ONE

ADDRESSED TO :

Ronald J. Klepetar, Esq.
Sabrina L. Shadi, Esq.
BAKER & HOSTETLER
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2008, at Sacramento, California.

Camille Rasmussen