

1  JILL P. TELFER (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 446-1916
4  Facsimile: (916) 446-1726
   email: jilltelfer@yahoo.com
5
   Attorney for Plaintiff
6  **BRIAN SETENCICH**

7

8                    UNITED STATED DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10  BRIAN SETENCICH                  )  Case No. C 07-03688 SBA
                                     )
11          Plaintiff,               )  **[PROPOSED] ORDER ON PLAINTIFF'S**
                                     )  **MOTION TO COMPEL DEFENDANT**
12          vs.                      )  **STEVE BROWN'S FURTHER RESPONSES**
                                     )  **TO PLAINTIFF'S REQUEST FOR**
13  THE AMERICAN RED CROSS, a non-profit )  **ADMISSIONS, SET ONE**
    corporation; STEVE BROWN; ROBERT )  Date:  June 3, 2008
14  BROWNING; and DOES 1 through 30, inclusive,)  Time:  1:00 p.m.
                                     )  Ctrm:  3
15          Defendants.              )  Judge: Hon. Saundra Brown Armstrong
                                     )
16                                   )
                                     )
17  _____ )

18                              **I.**

19                       **INTRODUCTION**

20      Plaintiff Brian Setencich ("Setencich") served Plaintiff's Amended Request for Admissions,

21  Set One on Defendant Steve Brown ("Brown") on February 19, 2008. After granting defense

22  counsel the professional courtesy of an extension until March 25, 2008, Defendant Brown served

23  late discovery responses where Brown either objected to the request or re-framed the request so that

24  he could evade responding to the request propounded by Setencich.

25      Setencich contends this discovery will save much time and expense since it goes to the heart

26  of plaintiff's claims. In particular, the articulated business reason by defendant for not hiring

27  Setencich was his felony conviction for tax evasion in 2001. The requests for admissions are

28  directed to determine if the alleged business reason is pretextural, which is probative of a

                              1

1  discriminatory animus.  The Court finds Setencich contention to be meritful and as a result orders

2  Defendant Brown to provide further responses to the discovery.

3  **II.**

4  **LEGAL ANALYSIS**

5  **A.    Request for Admissions**

6  Defendant Brown's responses are filled with blanket  objections which this Court finds lacks

7  merit.  Request for Admissions may call for the admissions of any of the following: a statement of

8  fact, an opinion on a matter of fact, and/or the application of law to fact.  (FRCP 36(a).)  When

9  served with request for admissions, the responding party may respond with an answer, which may be

10  either an express admission, a denial or an explanation of why the responding party cannot admit or

11  deny.  (FRCP 36(a).)  If a party to whom a request for admissions has been directed does not serve a

12  timely response the requested matter is deemed admitted.  (FRCP 36(a).)  Here, Defendant Brown

13  did not ensure the admission responses were received by Setencich's attorney by March 25, 2008.

14  However, the Court finds Defendant Brown was inadvertent in not responding timely and therefore

15  Defendant must seek Court approval to be relieved of his inadvertence.

16  When the responding party qualifies a response or denies only part of the requested matter,

17  the responding party must specify which part of the requested matter is true and qualify or deny the

18  remainder.  (*Holmgren v. State Farm Mutual Auto Ins. Co.* 976 F.2d 573, 579-580 (9th Circuit

19  1992).)  Here, Defendant Brown rather than admitting or denying the admission request, rephrases

20  them which is inappropriate.

21  **III.**

22  **DISPUTED DISCOVERY**

23  A.    **PLAINTIFF'S AMENDED REQUEST FOR ADMISSIONS FROM DEFENDANT**
       **STEVE BROWN, SET ONE:**

24

25  1.    **Request for Admission No. 1:**

26  Defendant Brown's re-framing of the request is inappropriate and allows him to evade

27  responding to the request.  Plaintiff specifically asked Brown to admit that he recommended ARC to

28  hire individuals that had been convicted of a felony.  Plaintiff did not ask whether or not Brown

1  knew the individual had a felony at the time of the recommendation and did not narrow the request

2  to only involve the Southern California region of the Blood Services Department of ARC. As

3  testified to by Brown at his deposition on April 15, 2008, ARC is one entity, Blood Services is a

4  Department, and Southern California is a region.

5       As to the objections, although the request is not in perfect grammar, it is clear what is being

6  requested. The overbroad objection is also without merit since it is limited to a six year time frame.

7  Therefore, Defendant Brown is ordered to answer Request No 1 with an admit or deny.

8       **2.      Request for Admission No. 3:**

9       Defendant Brown's re-framing of the request is inappropriate. The request is whether

10 or not Brown interviewed Setencich, not whether or not Brown met with Setencich. Interview is a

11 clear and concise term. Brown is an officer of ARC who is involved in hiring personnel and

12 therefore the objection of vague and ambiguous is without merit.

13      **3.      Request for Admission No. 4:**

14      The request is not ambiguous. The request does not request information about

15 background checks. The policies Defendant has produced do not respond to this request of whether

16 ARC's written policies prohibited the hire of candidates with felony convictions during the time

17 period Plaintiff applied for work.

18                                 **IV.**

19                            **CONCLUSION**

20      The Court, having considered the pleadings submitted by the parties and oral argument from

21 counsel, and good cause appearing therefor,

22      IT IS HEREBY ORDERED as follows:

23      1.      The motion is GRANTED that Defendant Brown to serve further responses to

24 Plaintiff's Request for Admissions, Set One, admitting or denying Request No. 1, 3, and 4.

25 DATED:_____, 2008

26

27                                    _____
                                      Honorable Saundra Brown Armstrong
                                      UNITED STATES DISTRICT COURT JUDGE

28

[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL TO REQUEST FOR ADMISSIONS, SET ONE

**PROOF OF SERVICE**

CASE:    *Brian Setencich v. The American Red Cross, et al.;* United States District Court of California, Northern District

CASE NO:    **C 07-03688 SBA**

    I, the undersigned, declare I am a citizen of the Unites States and am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 331 J Street, Suite 200, Sacramento, CA 95814.

    I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, I served the following documents by:

to be served on the party(ies) or their (its) attorney(s) of record in this action:

[ ]    Via Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]    Via **CERTIFIED** Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[X]    Via Personal Service: I instructed each document to be hand-delivered via **HAND DELIVERY** via **ATTORNEY'S DIVERSIFIED SERVICES** to the address listed below.

[ ]    Via Overnight Courier: I caused each envelope to be delivered via overnight mail by **FEDERAL EXPRESS**.

[ ]    Via **FACSIMILE**: I instructed such to be transmitted via facsimile to the office(s) list below.

**DOCUMENTS SERVED:    [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT STEVE BROWN'S FURTHER RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

ADDRESSED TO :

Ronald J. Klepetar, Esq.
Sabrina L. Shadi, Esq.
BAKER & HOSTETLER
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120

    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2008, at Sacramento, California.

_____
Camille Rasmussen

[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL TO REQUEST FOR ADMISSIONS, SET ONE