UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 4/30/08

C-07-03688 SBA            **JUDGE:** SAUNDRA BROWN ARMSTRONG

Title: SETENCICH vs. THE AMERICAN RED CROSS ET AL

Atty.: JILL TELFER            SABRINA SHADI

Deputy Clerk: Lisa R. Clark            Court Reporter: N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) **1. TELEPHONE CMC - HELD**
( )   ( ) **2.**
( )   ( ) **3.**
( )   ( ) **4.**
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
          ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to _____ for a Telephone Case Management Conference at p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off 9/30/08    Expert Discovery Cut-off 10/30/08
Plft to name Experts by 9/30/08    Deft to name Experts by 9/30/08
All Dispositive Motions to be heard by ( Motion Cut-off) 11/18/08
Case Continued to 1/6/09 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 12/16/08  Motions in limine/objections to evidence due 12/23/08
Responses to motions in limine and/or responses to objections to evidence due 12/30/08
Case Continued to 1/12/09 for Trial(Court/Jury: 4-5 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
  Notes: CASE REFERRED TO COURT MEDIATION TO BE HELD IN 60 DAYS; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 11/19-12/12/08 BEFORE A MAGISTRATE JUDGE.
cc: WINGS HOM & ADR VIA FAX