UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SETENCICH,           )<br>                           )<br>          Plaintiff(s), ) <br>                           )<br>     v.                    )<br>                           )<br>THE AMERICAN RED CROSS,    )<br>                           )<br>          Defendant(s).    )<br>_____) | No. C07-3688 SBA (BZ)<br><br>**ORDER SCHEDULING<br>TELEPHONIC CONFERENCE** |

A telephone conference on the pending discovery dispute is scheduled for **Friday, May 16, 2008 at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. By no later than **5:00 p.m. on Wednesday, May 14, 2008** defendant shall file a letter of no more than two pages setting forth its position on the discovery dispute.

Dated:  May 12, 2008

                                           Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-REFS\SETENCICH V. THE AMERICAN RED CROSS\TEL CONF ORDER 1.wpd

1