

1  JILL P. TELFER, (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:    (916) 446-1916
4  Facsimile:    (916) 446-1726
   email: jilltelfer@yahoo.com
5
   Attorney for Plaintiff
6  **BRIAN SETENCICH**

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  BRIAN SETENCICH,                      )    CASE NO.: C 07-03688 JCS
                                          )
11                    Plaintiff,          )
                                          )    **REQUEST FOR RESCHEDULING OF**
12  vs.                                   )    **TELEPHONIC CONFERENCE**
                                          )
13  THE AMERICAN RED CROSS, a non-profit  )
    corporation, STEVE BROWN, ROBERT      )
14  BROWNING and DOES 1 through 30,       )
    inclusive,                            )
15                                        )
                      Defendants.         )
16  _____  )

17

18        Plaintiff, Brian Setencich's ("Setencich") counsel respectfully requests the telephone

19  conference on the pending discovery dispute on May 16, 2008 at 9:00 a.m. be rescheduled.

20  Plaintiff's counsel is scheduled to argue five (5) post-trial motions in the case *Mootz v. California*

21  *Department of Corrections* Case No. 05AS04124, in Sacramento Superior Court in Department 45 at

22  10:00 a.m. and the hearing is anticipated to last the entire day.  Plaintiff respectfully requests that the

23  telephonic conference be rescheduled.

24  Dated: May 13, 2008              LAW OFFICES OF JILL P. TELFER
                                     A Professional Corporation
25

26                                   _____

27                                   JILL P. TELFER
                                     Attorney for Plaintiff
28                                   BRIAN SETENCICH

                                    1
         REQUEST FOR RESCHEDULING OF TELEPHONIC CONFERENCE

**PROOF OF SERVICE**

CASE:        Setencich v. The American Red Cross, et al.
COURT:       USDC, Northern District, Oakland Division
CASE NO.     C 07-03688 SBA

     I declare that I have attained the age of majority, and that I am not a party to this action. My business address is 331 J Street, Sacramento, CA 95814. I am familiar with this firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the foregoing document(s) entitled:

**REQUEST FOR RESCHEDULING OF TELEPHONIC CONFERENCE**

to be served on the party(ies) or their (its) attorney(s) of record in this action by:

    [ ]    Facsimile transmission to the number(s) <u>noted below</u>.

    [x]    Placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail and <u>addressed as indicated below</u>. Said documents will be deposited with the U.S. Postal Service at Sacramento, California on this date in the ordinary course of business. I understand that upon motion of a party served service shall be assumed invalid if the postal cancellation date or postage meter date on the envelope is more than one (1) day after the date of deposit for mailing as contained in this declaration.

    [ ]    Hand-delivery addressed to:

**Sabrina L. Shadi, Esq.**
**BAKER & HOSTETLER**
**12100 Wilshire Boulevard, 15th Floor**
**Los Angeles, California  90025-7120**    **fax:  (310) 820-8859**
(310) 820-8800

    I declare under penalty of perjury that the foregoing is true and correct. Executed onMay 13, 2008, at Sacramento, California.

_____
Camille Rasmussen

REQUEST FOR RESCHEDULING OF TELEPHONIC CONFERENCE