UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SETENCICH,                )<br>                                 )<br>       Plaintiff(s),            )   No. C07-3688 SBA (BZ)<br>                                 )<br>   v.                            )<br>                                 )   **CLERK'S NOTICE RESCHEDULING**<br>THE AMERICAN RED CROSS,          )   **TELEPHONIC CONFERENCE**<br>                                 )<br>       Defendant(s).             )<br>                                 )<br>_____) | |

**PLEASE TAKE NOTICE** that at the request of plaintiff's counsel the telephone conference on the pending discovery dispute presently scheduled for Friday, May 16, 2008 at 9:00 a.m. is **rescheduled** to **Tuesday, May 20, 2008 at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated:   May 13, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\SETENCICH V. THE AMERICAN RED CROSS\RESCHED.TEL CONF .wpd

1