# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Setencich,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>The American Red Cross,<br><br>　　　　　　　Defendant(s). | 07-03688 SBA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

>  **Amitai Schwartz**
>  Law Offices of Amitai Schwartz
>  Watergate Towers, #1286
>  2000 Powell St.
>  Emeryville, CA 94608-2018
>  510-597-1775

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03688 SBA MED                    - 1 -

*United States District Court*
*Northern District of California*

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 15, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03688 SBA MED                           - 2 -