# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, May 20, 2008 @ 9:00 a.m.

TIME: 20 minutes

**TITLE OF CASE:**                   **DOCKET NO.:**

Setencich v. The American Red Cross  C07-3688 SBA (BZ)    ☒ REFERRAL

ATTORNEY(S) FOR PLAINTIFF(S):        ATTORNEY(S) FOR DEFENDANT(S):

Jill P. Telfer                       Sabrina L. Shadi

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 15-08

**PROCEEDINGS**

☒ NONDISPOSITIVE MOTION          ☐ INITIAL PRETRIAL CONFERENCE (CMC)
  ☒ CONTESTED -1                 ☐ DISCOVERY CONFERENCE
  ☒ UNCONTESTED -1               ☐ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION             ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING            ☒ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION                ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE              ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☒ COURT

CASE CONTINUED TO:

**NOTES**