1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   BRIAN SETENCICH,              )
                                   )
11            Plaintiff(s),        )      No. C07-3688 SBA (BZ)
                                   )
12        v.                       )
                                   )      **SECOND DISCOVERY ORDER**
13   THE AMERICAN RED CROSS,       )
                                   )
14            Defendant(s).        )
                                   )
15   _____ )

16        Following a telephone conference at which the parties

17   were represented by counsel, **IT IS HEREBY ORDERED** as follows:

18        1.  The parties shall meet and confer, in person, by no

19   later than **Friday, May 23, 2008** and attempt to resolve their

20   disputes in accordance with the views expressed by the court.

21        2.  In the event the parties are unable to resolve their

22   disputes, plaintiff is given leave to file a pleading setting

23   forth the discovery disputes that remain at issue by **Tuesday,**

24   **May 27, 2008**.  All other matters should be withdrawn.

25        3.  Defendants shall file an opposition by no later than

26   **Friday, June 6, 2008** and plaintiff shall file a reply, if

27   necessary, by no later than **Friday, June 13, 2008.**

28        The court will take the matter under submission and will

                                   1

1  rule on the papers or, if necessary, schedule a hearing for

2  **Wednesday, July 2, 2008.**

3  Dated: May 20, 2008

4

5                          Bernard Zimmerman
                     United States Magistrate Judge

6

7  G:\BZALL\-REFS\SETENCICH V. THE AMERICAN RED CROSS\DISC2.ORD.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28