# UNITED STATES DISTRICT COURT

## Northern District of California

Setencich,

      Plaintiff(s),

    v.

The American Red Cross,

      Defendant(s).

No. C 07-03688 SBA MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.   I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___6/25/08___

2.   Did the case settle?   ☒ fully   ☐ partially   ☐ no

3.   If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

**4.**   **IS THIS ADR PROCESS COMPLETED?**   ☒ **YES**   ☐ **NO**

Dated: ___6/25/08___        *Anita Schwartz*

**Mediator, Amitai Schwartz**
Law Offices Of Amitai Schwartz
Watergate Towers
2000 Powell St., #1286
Emeryville, CA 94608-1860

**Certification of ADR Session**
07-03688 SBA MED

United States District Court
Northern District of California