1  JILL P. TELFER, (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:    (916) 446-1916
4  Facsimile:    (916) 446-1726
   email: jilltelfer@yahoo.com
5
   Attorney for Plaintiff
6  **BRIAN SETENCICH**

7

8

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12 | BRIAN SETENCICH, | ) CASE NO.: C 07-03688 JCS |
|---|---|
13 | | ) |
| Plaintiff, | ) |
14 | | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **DEFENDANTS STEVE BROWN AND** |
15 | | ) **THE AMERICAN RED CROSS** |
| THE AMERICAN RED CROSS, a non-profit | ) **PURSUANT TO SETTLEMENT** |
16 | corporation, STEVE BROWN, ROBERT | ) |
| BROWNING and DOES 1 through 30, | ) |
17 | inclusive, | ) |
| | ) |
18 | Defendants. | ) |
| | ) |
19 | _____ | ) |

20

21      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff BRIAN

22 SETENCICH and Defendants STEVE BROWN and THE AMERICAN RED CROSS, by and through

23 their respective counsel, that Plaintiff hereby dismisses, with prejudice, all claims for relief in Plaintiff's

24 First Amended Complaint against STEVE BROWN and THE AMERICAN RED CROSS. BRIAN

25 SETENCICH and STEVE BROWN and THE AMERICAN RED CROSS each to bear their own costs

26 ///

27 ///

28 ///

_____ 1 _____
STIPULATION FOR DISMISSAL OF DEFENDANTS STEVE BROWN AND THE AMERICAN RED CROSS

1  and attorney fees in this action as to the claims against STEVE BROWN and THE AMERICAN

2  RED CROSS.

3  **IT IS SO STIPULATED.**

4

5  Dated: 8/1/08                          LAW OFFICES OF JILL P. TELFER
                                          A Professional Corporation
6

7

8                                          JILL P. TELFER
                                          Attorney for Plaintiff
                                          BRIAN SETENCICH
9

10  **IT IS SO STIPULATED.**

11  Dated: 8/1/08                         BAKER & HOSTETLER

12

13                                         SABRINA L. SHADI
                                          Attorneys for Defendants
14                                         THE AMERICAN RED CROSS, STEVE BROWN,
                                          ROBERT BROWNING
15

16

17                                         **ORDER**

18  **GOOD CAUSE APPEARING,**

19  The parties having stipulated and good cause appearing therefor, **IT IS SO ORDERED.**

20

21  DATED: _____

22                                         Hon. Saundra B. Armstrong
                                          UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

---
2

STIPULATION FOR DISMISSAL OF DEFENDANTS STEVE BROWN AND THE AMERICAN RED CROSS

# PROOF OF SERVICE

CASE:      Setencich v. The American Red Cross, et al.
COURT:     USDC, Northern District, Oakland Division
CASE NO.   C 07-03688 SBA

      I declare that I have attained the age of majority, and that I am not a party to this action. My business address is 331 J Street, Sacramento, CA 95814. I am familiar with this firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the foregoing document(s) entitled:

**STIPULATION FOR DISMISSAL OF DEFENDANTS STEVE BROWN AND THE AMERICAN RED CROSS PURSUANT TO SETTLEMENT**

to be served on the party(ies) or their (its) attorney(s) of record in this action by:

    [X]    Electronic version via the e-mail address below.

    [X]    Placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail and addressed as indicated below. Said documents will be deposited with the U.S. Postal Service at Sacramento, California on this date in the ordinary course of business. I understand that upon motion of a party served service shall be assumed invalid if the postal cancellation date or postage meter date on the envelope is more than one (1) day after the date of deposit for mailing as contained in this declaration.

    [ ]    Hand-delivery addressed to:

    **Sabrina L. Shadi, Esq.**
    **BAKER & HOSTETLER**
    **12100 Wilshire Boulevard, 15th Floor**
    **Los Angeles, California  90025-7120**        **fax: (310) 820-8859**
    (310) 820-8800
    sshadi@bakerlaw.com

      I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2008, at Sacramento, California.

_____
Camille Rasmussen

---
3

STIPULATION FOR DISMISSAL OF DEFENDANTS STEVE BROWN AND THE AMERICAN RED CROSS